IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:15-CV-150-FL

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| $503,000.42 IN U. S. CURRENCY, | ) |
| | ) |
| Defendant. | ) |

CONSENT ORDER

By signing below, the undersigned parties have consented to the entry of this Order and have informed the Court the following:

1. They have settled the litigation in this matter.

2. The parties' settlement is neither a concession by the United States that the defendant currency is not subject to forfeiture nor an admission of wrongdoing by the Claimant. Rather, the parties' settlement is merely a compromise to avoid the delay, uncertainty, inconvenience, and expense of protracted litigation of the Government's claims relating to forfeiture of the defendant currency.

It is, therefore,

ORDERED that the United States shall return to the Claimant $503,000.42 of the subject currency seized, less any debt owed to

1

the United States, any agency of the United States, or any other debt in which the United States is authorized to collect. Payment to be made payable to Claimant via electronic funds transfer by the U.S. Marshal's Service according to the information provided by Claimant on the executed UFMS Vendor Request Form;

ORDERED that each party shall bear its own attorneys' fees, costs and expenses in this litigation;

Upon the entry of this order, the Clerk of Court is DIRECTED to close this case.

SO ORDERED this 2nd day of  December , 2016.

_____
LOUIS W. FLANAGAN
United States District Judge

Consented to by:

/s/ Stephen A. West_____
STEPHEN A. WEST
Attorney for United States of America


/s/ Glenn A. Barfield_____
Glenn A. Barfield
Attorney for Claimant

3